**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DOLBY LABORATORIES, INC. and DOLBY LABORATORIES LICENSING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>BARCO N.V.,<br><br>Defendant. | Case No. 2:26-cv-291<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' RULE 7.1(a)(1) DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, Dolby Laboratories, Inc., a Delaware corporation, discloses that it is a publicly held corporation with no parent company. To the best of its knowledge, no other publicly held corporation owns 10% or more of the stock of Dolby Laboratories, Inc.

Plaintiff Dolby Laboratories Licensing Corp. discloses that it is a wholly owned subsidiary of Dolby Laboratories, Inc., a California Corporation, which is a wholly owned subsidiary of Dolby Laboratories, Inc., a Delaware Corporation which is publicly held.

April 10, 2026

WHITE & CASE LLP

*/s/ Yar Chaikovsky*

Yar R. Chaikovsky (CA 175421)
yar.chaikovsky@whitecase.com
David T. Okano (CA 278485)
david.okano@whitecase.com
Shashank Chitti (CA 340363)
shashank.chitti@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94303
Telephone: (650) 213-0300

*Attorneys for Plaintiffs Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corp.*