**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

DOLBY LABORATORIES, INC. and DOLBY
LABORATORIES LICENSING CORP.,

       Plaintiffs,

           v.

BARCO N.V.,

       Defendant.

Case No. 2:26-cv-291

## NOTICE OF APPEARANCE

      Plaintiffs Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corp. designate Yar R. Chaikovsky of White & Case LLP as counsel in this matter for the purpose of receiving notices and order from the Court.

April 10, 2026

WHITE & CASE LLP


*/s/ Yar R. Chaikovsky*

WHITE & CASE LLP
Yar R. Chaikovsky (CA SBN 175421)
yar.chaikovsky@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94303
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

.