**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| DOLBY LABORATORIES, INC. and DOLBY LABORATORIES LICENSING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BARCO N.V., <br><br> Defendant. | Case No. 2:26-cv-291 |

## <u>NOTICE OF APPEARANCE</u>

Plaintiffs Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corp. designate David Okano of White & Case LLP as counsel in this matter for the purpose of receiving notices and order from the Court.

April 10, 2026                                              WHITE & CASE LLP


 By: /s/ *David Okano*
                David Okano

WHITE & CASE LLP
David Okano
david.okano@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158


.