**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DOLBY LABORATORIES, INC. and DOLBY LABORATORIES LICENSING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BARCO N.V., <br><br> Defendant. | Case No. 2:26-cv-291 |

## NOTICE OF APPEARANCE

Plaintiffs Dolby Laboratories, Inc. and Dolby Laboratories Licensing Corp. designate Shashank Chitti of White & Case LLP as counsel in this matter for the purpose of receiving notices and order from the Court.

April 10, 2026                                    WHITE & CASE LLP


 By:  /s/ *Shashank Chitti*
                 Shashank Chitti

WHITE & CASE LLP
Shashank Chitti
shashank.chitti@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

.