EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Dolby Laboratories, Inc. et al
_____
Plaintiff

v.                                                      Civ. No. 2:26-cv-00291-JRG
_____

Barco N.V.
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Barco N.V.

Date Party's answer was previously due:                                07/29/2026

Date Party's answer is now due (must not exceed 45 days after original due date):    09/14/2026

Date: 07/21/2026            /s/ *Melissa R. Smith*
                            Full Name: Melissa R. Smith
                            State Bar No.: 24001351
                            Address:  GILLAM & SMITH, LLP
                                      303 South Washington Avenue
                                      Marshall, Texas 75670

                            Phone: (903) 934-8450
                            Fax: (903) 934-9257
                            Email: melissa@gillamsmithlaw.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)