AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Dolby Laboratories, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-00291-JRG |
| Barco N.V. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barco N.V.                                                                    .

Date:     07/27/2026

/s/ Erik J. Halverson
*Attorney's signature*

Erik J. Halverson (Bar No. 333492CA)
*Printed name and bar number*

K&L Gates LLP
Four Embarcadero, Suite 1200
San Francisco, CA 94111

*Address*

erik.halverson@klgates.com
*E-mail address*

(415) 885-8238
*Telephone number*

*FAX number*